No. 45.    ORDOÑEZ *v.* BOLIVAR.—Casación procedente de la Corte de Distrito de San Juan.    Resuelto en Septiembre 22, 1900.    Desistido el recurso á instancia de la parte recurrente.    Abogado del recurrente: *Sr. Hernández Lopez.*    Abogado del recurrido: *Sr. Diaz Navarro.*

No. 1.    BELLO *v.* DOITTAN.—Casación procedente de la Corte de Distrito de Mayagüez.    Resuelto en Septiembre 28, 1900.    Desistido á instancia de la parte recurrente. Abogado del recurrente: *Sr. Diaz Navarro.*    Abogado del recurrido: *Sr. Palacios Rodriguez.*

No. 63.    SUCESIÓN MESTRE *v.* BELLVÊ.—Casación procedente de la Corte de Distrito de Mayagüez.    Resuelto en Octubre 18, 1900.    Se declaró desierto el recurso por no haber comparecido la parte recurrente.    Abogado del recurrido: *Sr. Diaz Navarro.*

No. 51.    APARICIO *v.* CASALDUC ET AL.—Casación procedente del Juzgado de 1ª Instancia de Utuado.    Resuelto en Noviembre 14, 1900.    Se declaró desierto el recurso por no haber comparecido la parte recurrente.    Abogado del recurrido: *Sr. Palacios Rodriguez.*